**E-Filed 1/22/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HAMID FAHIMI,<br><br>              Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>              Defendants. | Case Number C 06-7907 JF (HRL)<br><br>ORDER TO SHOW CAUSE<br><br>[re: doc. no. 1] |

    Plaintiff Hamid Fahimi brings this suit pursuant to 8 U.S.C. § 1447(b), alleging excessive delay in the processing of his application for naturalization.

    An applicant for citizenship must meet various statutory requirements, including sufficient periods of residency and physical presence and "good moral character." 8 U.S.C. § 1427. In determining whether an applicant meets these requirements, the Attorney General or his designee may conduct both a "personal investigation" and an "examination" of the applicant. *See* 8 U.S.C. §§ 1443(a), 1446(a)-(b). This process includes a criminal background check by the Federal Bureau of Investigation. *Khelifa v. Chertoff*, 433 F. Supp. 2d 836, 838-39 (E.D. Mich. 2006). If a decision to grant or deny an application for naturalization is not made "before the end of the 120-day period after the date on which the examination is conducted," the applicant may

1  file suit in the United States district court for the district in which the applicant resides.  8 U.S.C.
2  § 1447(b).  "Such court has jurisdiction over the matter and may either determine the matter or
3  remand the matter, with appropriate instructions, to the Service to determine the matter."  *Id.*
4      Plaintiff alleges that his examination took place on November 13, 2003 and that a
5  decision on his application was not made within 120 days thereafter, and in fact has not been
6  made even though more than three years have passed since the date of the examination.  Plaintiff
7  requests that this Court exercise its authority to adjudicate his application.
8      The Clerk of the Court shall serve a copy of Plaintiff's complaint and this Order on
9  counsel for Defendants.  Defendants are hereby ordered to SHOW CAUSE, in writing and within
10 sixty (60) days, why Plaintiff's request should not be granted.  Plaintiff may file a response
11 within twenty (20) days after receipt of Defendants' filing.  The matter thereafter will be taken
12 under submission without oral argument unless the parties otherwise are notified by the Court.
13     The order dated December 27, 2006, setting an initial case management conference and
14 ADR deadlines, is VACATED.
15     IT IS SO ORDERED.

18 DATED: 1/22/07

                                       _____
20                                     JEREMY FOGEL
                                       United States District Judge

2

Case No. C 06-7907 JF (HRL)
ORDER TO SHOW CAUSE
(JFLC2)

1 | Copies of Order served on:

3 | Counsel for Plaintiff:

4 | Christina Heakyung Lee    clee@litwinlaw.com

5 | Edward R. Litwin     elitwin@litwinlaw.com, clee@litwinlaw.com; ddelarea@litwinlaw.com

6 | Counsel for Defendants:

7 | Office of the United States Attorney
    150 Almaden Blvd., Suite 900
8 | San Jose, CA 95113

3

Case No. C 06-7907 JF (HRL)
ORDER TO SHOW CAUSE
(JFLC2)