**E-filed 7/12/07**

1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HAMID FAHIMI,                           )
                                        )   Case No. 06-7907 JF
        Plaintiff,                      )
                                        )
    v.                                  )   **STIPULATION TO DISMISS AND**
                                        )   **[**~~PROPOSED~~**] ORDER**
MICHAEL CHERTOFF, Secretary of the      )
Department of Homeland Security, et al.,)
                                        )
        Defendants.                     )
                                        )

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

   Each of the parties shall bear their own costs and fees.

///

///

STIPULATION TO DISMISS
C 06-7907 JF

| | | |
|---|---|---|
| 1 | Date: July 11, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |
| 7 | | |
| 8 | Date: July 11, 2007 | /s/<br>EDWIN R. LITWIN |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/12/07

_____
JEREMY FOGEL
United States District Judge

STIPULATION TO DISMISS
C 06-7907 JF                                          2